**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1841**

---

SUSI SUPRIHATIN; FNU GUNAWAN,

                                  Petitioners,

    versus

ALBERTO R. GONZALES, Attorney General,

                                  Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A79-476-409; A79-476-410)

---

Submitted: January 31, 2005           Decided: March 8, 2005

---

Before MICHAEL, KING, and SHEDD, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Susi Suprihatin, Fnu Gunawan, Petitioners Pro Se. M. Jocelyn Lopez Wright, Larry Patrick Cote, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Susi Suprihatin,[*] a native and citizen of Indonesia, petitions for review of an order of the Board of Immigration Appeals adopting and affirming the Immigration Judge's denial of her application for asylum and withholding of removal. To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Suprihatin fails to show that the evidence compels a contrary result. Having failed to qualify for asylum, Suprihatin cannot meet the higher standard to qualify for withholding of removal. Chen v. INS, 195 F.3d 198, 205 (4th Cir. 1999); INS v. Cardoza-Fonseca, 480 U.S. 421, 430 (1987).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*]Suprihatin's application includes her husband, Fnu Gunawan.